**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TARA HAWKINS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )     No. 4:23-CV-633 RLW ) |
| SSM HEALTH CARE CORP.; SSM-SLUH, INC.; and SSM HEALTH CARE ST. LOUIS; | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 22),

**IT IS HEREBY ORDERED** that the Clerk of the Court shall make an entry in the docket record reflecting the dismissal of this matter without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear its own costs.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 17th day of July, 2023.